IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| vs. | : CRIMINAL NO. 5:06-CR-52 (DF) |
| LANDROUS RAY RAINEY | : |

**O R D E R**

The Government's Motion for Continuance having been carefully considered, the Court finds that the ends of justice served by the granting of said motion outweigh the best interests of the public and the defendants to a speedy trial for the reason that failure to grant said motion would not give the parties sufficient time to explore and complete plea negotiations.

IT IS HEREBY ORDERED that the foregoing Motion for Continuance be **GRANTED** and that the trial in this case be rescheduled to the next regularly scheduled Macon Division trial term in Macon, Georgia.

IT IS FURTHER ORDERED that the delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of Title 18, United States Code, Section 3161(h)(8)(A) in computing the time from indictment to trial under the Speedy Trial Act.

SO ORDERED, this 12th day of September, 2006.

**/s/ Duross Fitzpatrick**
DUROSS FITZPATRICK
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

s/VERDA M. COLVIN
ASSISTANT UNITED STATES ATTORNEY
Georgia Bar No. 018901